UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDDIE SANCHEZ,

                Plaintiff,

v.

                                  **ORDER**

COUNTY OF ROCKLAND, et al.,           25-CV-05029 (PMH)

                Defendants.

-----------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

Upon review of the docket, the Order issued on August 22, 2025 (Doc. 6) was filed in error.

Accordingly, the Clerk of Court is respectfully directed to vacate the Court's August 22, 2025 Order (Doc. 6) and associated deadlines.

SO ORDERED:

Dated: White Plains, New York
       August 27, 2025

                                               _____
                                               Philip M. Halpern
                                               United States District Judge