UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDIE SANCHEZ,

                         Plaintiffs,

-against-

COUNTY OF ROCKLAND, et al.,

                         Defendants.

**ORDER**

25-CV-05029 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 6, 2025, the Court held a pre-motion conference on defendant County of Rockland and Thomas E. Walsh II's ("Moving Defendants") application for leave to file a motion to dismiss (the "Conference"). (Doc. 54). Counsel for Plaintiff and Moving Defendants appeared telephonically. As directed at the conference and set forth further herein:

1) Plaintiff's application for leave to file a Second Amended Complaint is granted. Specifically, as consented to at the Conference, Plaintiff shall prepare the Second Amended Complaint to: remove Plaintiff's state law claims; add the Town of Orangetown as a defendant; and modify the allegations as necessary to reflect the addition of Defendant Town of Orangetown. Plaintiff shall, by **November 27, 2025**, serve and file the Second Amended Complaint.

2) Moving Defendants' application for leave to file a motion to dismiss is denied without prejudice to renew. Moving Defendants shall, by no later than **December 11, 2025**, either Answer the Second Amended Complaint, or serve upon Plaintiff the first of two (2) sets of pre-motion letters set forth in Rule 4(C)(ii) of the Court's Individual Practices. The service of this letter will stay Moving Defendants' time to answer or move to dismiss. The Parties shall then comply with the remaining requirements of Rule 4(C). If a dispute remains, Moving Defendants shall follow Rule 2(C) of the Court's Individual Practices to request a pre-motion conference—otherwise, Moving Defendants shall file a letter to the Court, describing the above steps taken, and their intention to Answer the Second Amended Complaint.

                                        **SO ORDERED.**

Dated: White Plains, New York
        November 6, 2025

                                            PHILIP M. HALPERN
                                            United States District Judge